IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10cv258

| | |
|---|---|
| GLEN EDWARD CHAPMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> DENNIS ALVIN RHONEY, in his ) <br> individual capacity; ROBERT A. ) <br> MULLIMAX, as Public Administrator ) <br> of the Estate of Mark Richardson Sams, ) <br> in his individual capacity; and CITY ) <br> OF HICKORY, ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

**THIS MATTER** is before the court on defendant City of Hickory's Motion to Retroactively Allow Previously Filed Brief to be Filed in 12-Point Font. The request will be allowed as the request is most reasonable. Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant City of Hickory's Motion to Retroactively Allow Previously Filed Brief to be Filed in 12-Point Font (#24) is **ALLOWED**, and the use of 12-point type in the previously filed brief (#20) is approved.

Signed: March 1, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge